# RUTHERFORD & CHRISTIE, LLP

NEW YORK          ATLANTA

July 31, 2008

*Deemed letter motion. Lisa Margaret for WMS 8/13/08 SO ORDERED*

**Via ECF**

Hon. Lisa Margaret Smith
U.S. Magistrate Judge
U.S. District Court (SDNY)
300 Quarropas Street
White Plains, New York 10601





Re: *Belinda L. Hunter v. Goshen Central School District*
Docket: CV-07-06645
Our File No: 5001.090

Dear Magistrate Judge Smith:

We represent the Defendants in the above-referenced matter. Due to the late service of plaintiff's first set of interrogatories, it is respectfully requested that the Court grant the Defendants an extension from August 1, 2008 to August 22, 2008 to serve their responses to plaintiff's interrogatories. The purpose of this request is to allow us to properly investigate in order to prepare the appropriate responses. We are scheduled to meet with the individuals on August 8, 2008 in Goshen. We have conferred with the plaintiff and she holds no objection to the extension.

In addition, we have been advised that one of the individuals to whom interrogatories were addressed no longer works for Goshen Central School District. We respectfully ask the Court's permission to be excused from preparing a response to these interrogatories.

Thank you for your consideration to this matter.

Respectfully yours,

RUTHERFORD & CHRISTIE, LLP

By: *Samantha Vélez*
Lewis R. Silverman (LRS 9723)
Samantha Vélez (SV 5715)

cc:   Belinda Hunter
      *Via regular mail*

369 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017-6506
(212) 599-5799
FACSIMILE (212) 599-5162